UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL LAX, SONYA SANDERS, SHANNON NORRIS, GREG JONES, DOUGLAS MEDLAND, and KIMBERLY BUSCHMANN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION and TOYOTA MOTOR SALES, U.S.A., INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 14-cv-01490<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR ANY MOTION DEFENDANT TOYOTA MOTOR SALES, U.S.A., INC. MAY FILE IN RESPONSE TO COMPLAINT**<br><br>Complaint Filed: Mar. 31, 2014 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2360860.1_x000b_212799-10033

ORDER SETTING BRIEFING SCHEDULE

The Court, having reviewed the Stipulation filed by Defendant Toyota Motor Sales, U.S.A., Inc. ("TMS") and Plaintiffs April Lax, Sonya Sanders, Shannon Norris, Greg Jones, Douglas Medland, and Kimberly Buschmann ("Plaintiffs") (collectively, the "Parties"), on April 25, 2014, and good cause appearing therefor, **HEREBY MAKES THE FOLLOWING ORDER**:

1. The Court sets the following briefing schedule with respect to any motion that Defendant may file in response to the complaint in lieu of an answer:

Deadline to file motion:  May 23, 2014
Deadline to file opposition:  June 20, 2014
Deadline to file reply:  July 18, 2014

2. In the event Defendant files a motion on May 23, 2014 in lieu of an answer, Defendant will select a hearing date for the motion that is at least August 8, 2014 or later as the Court's calendar will permit.

**SO ORDERED:**

DATED: April 29, 2014   _____
William H. Orrick
United States District Court Judge