UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL LAX, SONYA SANDERS, SHANNON NORRIS, GREG JONES, DOUGLAS MEDLAND, and KIMBERLY BUSCHMANN on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>      v.<br><br>TOYOTA MOTOR CORPORATION and TOYOTA MOTOR SALES, U.S.A., INC., and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: 14-cv-01490-WHO<br><br>**ORDER GRANTING PARTIES' REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br><br><br><br><br>Complaint Filed:  Mar. 31, 2014 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2362383.1

212799-10033

ORDER GRANTING PARTIES' REQUEST TO
RESCHEDULE CASE MANAGEMENT
CONFERENCE

The Court, having reviewed the Stipulation filed by Defendant Toyota Motor Sales, U.S.A., Inc. ("TMS") and Plaintiffs April Lax, Sonya Sanders, Shannon Norris, Greg Jones, Douglas Medland, and Kimberly Buschmann  ("Plaintiffs") (collectively, the "Parties"), on April 29, 2014, and good cause appearing therefor,

**HEREBY MAKES THE FOLLOWING ORDER**:

1.     The case management conference, currently scheduled for July 1, 2014, is rescheduled to July 8, 2014.

**SO ORDERED:**

DATED:     April 29, 2014     _____

**HON. WILLIAM H. ORRICK**
**U.S. DISTRICT COURT JUDGE**

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2362383.1

212799-10033

2

ORDER GRANTING PARTIES' REQUEST TO
RESCHEDULE CASE MANAGEMENT
CONFERENCE