UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL LAX, SONYA SANDERS, SHANNON NORRIS, GREG JONES, DOUGLAS MEDLAND, KIMBERLY BUSCHMANN, BABAK TAHERIAN, CHELSEY HAMM, and MICHAEL MCKENNA on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., SERVCO PACIFIC, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 14-cv-01490-WHO<br>(Consolidated with Case Nos. 14-cv-01884-WHO; 14-cv-03283-WHO)<br><br>Assigned to Hon. William H. Orrick, III<br><br>**CLASS ACTION**<br><br>**ORDER RE: DEADLINE FOR FILING OF ANSWER**<br><br>Complaint Filed: Mar. 31, 2014<br>Trial Date: None set |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2391457.1_x000b_212799-10033

ORDER RE: DEADLINE FOR FILING OF ANSWER

# ORDER

The Court, having reviewed the Stipulation entered into by Defendants Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Corporation (collectively "Toyota") and Plaintiffs April Lax, Sonya Sanders, Shannon Norris, Greg Jones, Douglas Medland, Kimberly Buschmann, Babak Taherian, Chelsey Hamm, and Michael McKenna (collectively, "Plaintiffs," together with Toyota, the "Parties"), for a Court Order re: Deadline for Filing of Answer, and good cause appearing therefor, **HEREBY MAKES THE FOLLOWING ORDER**:

1. Toyota shall have through and including October 23, 2014 within which to file an answer to the Consolidated Class Action Complaint.

**SO ORDERED:**

DATED: October 10, 2014   _____

**Hon. William H. Orrick**

**United States District Court Judge**