1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 APRIL LAX, SONYA SANDERS, SHANNON NORRIS, GREG JONES, DOUGLAS MEDLAND, KIMBERLY BUSCHMANN, BABAK TAHERIAN, CHELSEY HAMM, and MICHAEL MCKENNA on behalf of themselves and all others similarly situated, | Case No.: 14-cv-01490-WHO (Consolidated with Case Nos. 14-cv-01884-WHO; 14-cv-03283-WHO) Assigned to Hon. William H. Orrick, III |

Plaintiffs,

vs.

TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., SERVCO PACIFIC, INC., and DOES 1 through 20, inclusive,

Defendants.

**CLASS ACTION**

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DEADLINE FOR JOINT CMC STATEMENT**

Complaint Filed: Mar. 31, 2014
Trial Date: None Set

The Court, having reviewed the Stipulation To Continue Further Case Management Conference and Deadline For Joint CMC Statement filed by Defendant Toyota Motor Sales, U.S.A., Inc. ("TMS") and Toyota Motor Corporation ("TMC," together with TMS, "Toyota") and Plaintiffs April Lax, Sonya Sanders, Shannon Norris, Greg Jones, Douglas Medland, and Kimberly Buschmann, Babak Taherian, Chelsey Hamm, and Michael McKenna ("Plaintiffs") (collectively, the "Parties"), and good cause appearing therefor, **HEREBY MAKES THE FOLLOWING ORDER:**

1.      The case management conference currently scheduled for April 28, 2015 is continued to **June 16, 2015 at 2:00 p.m.**

2.      A joint case management statement (including a proposed case management schedule) should be filed by **June 11, 2015** if the matter has not been resolved.

**SO ORDERED:**

Dated: April 13, 2015

Hon. William H. Orrick
United States District Court Judge

ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DEADLINE FOR JOINT CMC STATEMENT