UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL LAX, SONYA SANDERS, SHANNON NORRIS, GREG JONES, DOUGLAS MEDLAND, KIMBERLY BUSCHMANN, BABAK TAHERIAN, CHELSEY HAMM, and MICHAEL MCKENNA on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., SERVCO PACIFIC, INC., and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: 14-cv-01490-WHO (Consolidated with Case Nos. 14-cv-01884-WHO; 14-cv-03283-WHO)<br><br>Assigned to Hon. William H. Orrick, III<br><br>**CLASS ACTION**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DEADLINE FOR JOINT CMC STATEMENT**<br><br>Complaint Filed: Mar. 31, 2014<br>Trial Date: None Set |

**Error! Unknown document property name.**

The Court, having reviewed the Stipulation To Continue Further Case Management Conference and Deadline For Joint CMC Statement filed by Defendant Toyota Motor Sales, U.S.A., Inc. ("TMS") and Toyota Motor Corporation ("TMC," together with TMS, "Toyota") and Plaintiffs April Lax, Sonya Sanders, Shannon Norris, Greg Jones, Douglas Medland, and Kimberly Buschmann, Babak Taherian, Chelsey Hamm, and Michael McKenna ("Plaintiffs") (collectively, the "Parties"), and good cause appearing therefor, **HEREBY MAKES THE FOLLOWING ORDER:**

1. The case management conference currently scheduled for June 23, 2015 is continued to **June 30, 2015 at 2:00 p.m.**

2. A joint case management statement (including a proposed case management schedule) should be filed by **June 23, 2015**.

**SO ORDERED:**

Dated: June 17, 2015

_/s/ W. H. Orrick_

Hon. William H. Orrick

United States District Court Judge

**Error! Unknown document property name.**